IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RACQUEL LEWIS-DAVIS,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-CV-2180** |
| | : | |
| **PEC-GLORIA'S PLACE**, *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 28th day of July, 2021, upon consideration of Plaintiff Racquel Lewis-Davis's Motion to Proceed *In Forma Pauperis* (ECF No. 7), *pro se* Complaint (ECF No. 1), and "Notice of Claim" (ECF No. 6), it is **ORDERED** that:

1. Lewis-Davis is **GRANTED** leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** in its entirety for the reasons stated in the Court's Memorandum as follows:

   a. Claims raised on behalf of Lewis-Davis's son are **DISMISSED WITHOUT PREJUDICE** for lack of standing;

   b. Lewis-Davis's claims for injunctive relief are **DISMISSED AS MOOT;**

   c. Lewis-Davis's federal claims for damages are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); and

        d.  Lewis-Davis's state claims for damages are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction, and Lewis-Davis may seek to refile these claims in the appropriate state court if appropriate.[1]

4.      The Clerk of Court shall **CLOSE** this case.

                                      **BY THE COURT:**

                                      /s/ John R. Padova

                                      **JOHN R. PADOVA, J.**

---

[1] The Court expresses no opinion on the merits of any such claims.